

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-13-00192-CR

RACHEL ELAINE BRADLEY, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 124th District Court
Gregg County, Texas
Trial Court No. 41,409-B

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Carter

## MEMORANDUM OPINION

Rachel Elaine Bradley has filed a motion stating that she wishes to dismiss her appeal. The motion was signed by Bradley and her counsel. Pursuant to Texas Rule of Appellate Procedure 42.2(a), her motion is granted. *See* TEX. R. APP. P 42.2(a).

We dismiss this appeal.


Jack Carter
Justice

Date Submitted: November 25, 2013
Date Decided: November 26, 2013

Do Not Publish